Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC.,**<br><br>Defendants. | Civil Action No. 14-4274 (MLC)(DEA)<br><br>APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY PURSUANT TO LOCAL CIVIL RULE 6.1(b)<br><br>(Filed Electronically) |

Application is hereby made for a Clerk's Order extending the time by 14 days within which plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Plaintiffs") may answer, move, or otherwise reply to the Answer and Counterclaims of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. to Amended Complaint for Patent Infringement, and it is represented that:

    1.    No previous extension has been obtained;

    2.    Service of Process was effected by electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(E) on September 21, 2015; and

3. Pursuant to Fed. R. Civ. P. 15(a)(3) and 6(d), the time to reply to the Answer and Counterclaims of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. to Amended Complaint for Patent Infringement expires on October 8, 2015.

Dated: October 6, 2015

By: s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey  07102-5426
(973) 286-6700
clizza@saul.com

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

## **ORDER**

The above application is ORDERED GRANTED.  Plaintiffs' time to answer, move, or otherwise reply to the Answer and Counterclaims of Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. to Amended Complaint for Patent Infringement is extended to and including October 22, 2015.

ORDER DATED: _____

WILLIAM T. WALSH, Clerk

By: _____
Deputy Clerk