Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

Andrew J. Miller
Stuart D. Sender
Michael H. Imbacuan
H. Howard Wang
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-0999
(973) 379-4800

*Attorneys for Defendants*
*Dr. Reddy's Laboratories, Ltd. and*
*Dr. Reddy's Laboratories, Inc.*

RECEIVED
OCT 16 2015
8:30
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC, <br><br> Plaintiffs, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 14-4274 (MLC)(DEA) <br><br> Hon. Mary L. Cooper, U.S.D.J. <br> Hon. Douglas E. Arpert, U.S.M.J. <br><br> **(Electronically Filed)** |

### STIPULATION OF DISMISSAL
### WITH RESPECT TO ANDA NO. 201533

WHEREAS, this action for patent infringement (the "Litigation") has been brought by Plaintiffs Helsinn Healthcare S.A. and Roche Palo Alto LLC (collectively, "Helsinn") against Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "Reddy") for infringement of United States Patent Nos. 8,729,094 ("the '094 patent") and 9,066,980 ("the '980 patent").

WHEREAS, Helsinn and Reddy have agreed to enter into a good-faith final settlement agreement dated October 6, 2015, regarding this Litigation with respect to ANDA No. 201533

on the expectation and belief that this would eliminate substantial litigation costs that would otherwise be incurred by both Helsinn and Reddy during the Litigation, while also serving the public interest by saving judicial resources and avoiding the risks to each of the parties associated with infringement, and will afford Helsinn and Reddy the procompetitive opportunity to more productively use money and other resources that would have been spent in the continued prosecution and defense of this Litigation with respect to ANDA No. 201533, to the benefit of the parties and consumers alike, such as by investing more money in pharmaceutical research and development.

IT IS HEREBY STIPULATED, by and through their counsel of record, that pursuant to Fed. R. Civ. P. 41(a)(2), and in consideration of the confidential Settlement and License Agreement dated October 6, 2015, Helsinn and Reddy hereby agree and stipulate to the following:

1. All claims, counterclaims and affirmative defenses of Helsinn and Reddy with respect to ANDA No. 201533 are hereby dismissed.

2. The Litigation will continue with an assessment of the defenses to the asserted claims of the '094 and '980 patents with respect to Reddy's NDA No. 203050.

3. The Clerk of the Court is directed to enter this Stipulation of Dismissal with respect to ANDA No. 201533 forthwith.

**IT IS SO STIPULATED:**

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    SAUL EWING LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700

    *Attorneys for Plaintiffs*
    *Helsinn Healthcare S.A. and*
    *Roche Palo Alto LLC*

    *Of Counsel*:

    Joseph M. O'Malley, Jr.
    Bruce M. Wexler
    Eric W. Dittmann
    David M. Conca
    Gary Ji
    Angela C. Ni
    PAUL HASTINGS LLP
    75 East 55th Street
    New York, NY 10022
    (212) 318-6000

    *Attorneys for Plaintiff*
    *Helsinn Healthcare S.A.*

    Mark E. Waddell
    LOEB & LOEB LLP
    345 Park Avenue
    New York, NY 10154
    (212) 407-4127

    *Attorneys for Plaintiff*
    *Roche Palo Alto LLC*

By: s/ Stuart D. Sender
    Andrew J. Miller
    Stuart D. Sender
    Michael H. Imbacuan
    H. Howard Wang
    Budd Larner, P.C.
    150 John F. Kennedy Parkway
    Short Hills, NJ 07078-0999
    (973) 379-4800

    *Attorneys for Defendants*
    *Dr. Reddy's Laboratories, Ltd. and*
    *Dr. Reddy's Laboratories, Inc.*

**SO ORDERED**:

This __16th__ day of __OCTOBER__, 2015

                        _/s/ Mary L. Cooper_
                        HONORABLE MARY L. COOPER
                        UNITED STATES DISTRICT JUDGE