# Saul Ewing LLP

Charles M. Lizza
Phone: (973) 286-6715
Fax: (973) 286-6815
clizza@saul.com
www.saul.com

July 26, 2016

**VIA ECF & FEDEX**

The Honorable Mary L. Cooper, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:   *Helsinn Healthcare S.A., et al. v. Dr. Reddy's Laboratories, Ltd., et al.*
            Civil Action No. 14-4274 (MLC)(DEA) (consolidated)

Dear Judge Cooper:

    This firm, together with Paul Hastings LLP and Loeb & Loeb LLP, represents plaintiffs Helsinn Healthcare S.A. ("Helsinn") and Roche Palo Alto LLC ("Roche") in the above-captioned action.

    As Your Honor knows, Plaintiff Roche assigned to Helsinn all rights, title, and interest in and to the patents at issue in this matter. Therefore, enclosed for Your Honor's consideration is a Stipulation and Order of Dismissal which, subject to Your Honor's approval, would dismiss Roche from this case. If the enclosed Stipulation and Order of Dismissal meets with Your Honor's approval, we respectfully request that it be so Ordered and entered on the docket.

    Thank you for Your Honor's kind attention to this matter.

Respectfully yours,

Charles M. Lizza

Enclosure

cc:   All Counsel (via e-mail)
       Hon. Douglas E. Arpert, U.S.M.J.

<div style="display: flex;">

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700

*Attorneys for Plaintiffs*
*Helsinn Healthcare S.A. and*
*Roche Palo Alto LLC*

*Of Counsel*:

Joseph M. O'Malley, Jr.
Eric W. Dittmann
Isaac S. Ashkenazi
Young J. Park
Gary Ji
Angela C. Ni
Dana Weir
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000

*Attorneys for Plaintiff*
*Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127

*Attorneys for Plaintiff*
*Roche Palo Alto LLC*

</div>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **HELSINN HEALTHCARE S.A. and ROCHE PALO ALTO LLC,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**DR. REDDY'S LABORATORIES, LTD.,** *et al.,*<br><br>**Defendants.** | Civil Action No. 14-4274 (MLC)(DEA)<br>Civil Action No. 14-6341 (MLC)(DEA)<br>**(consolidated)**<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF ROCHE PALO ALTO LLC**<br><br>(Filed Electronically) |

-2-

**WHEREAS**, Plaintiffs Helsinn Healthcare S.A. ("Helsinn") and Roche Palo Alto LLC ("Roche") (collectively, "Plaintiffs") and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries, Ltd. (collectively, "Teva") are Parties to the above referenced patent infringement action;

**WHEREAS,** on or around May 2, 2016, Plaintiff Roche assigned to Helsinn all rights, title and interest in and to U.S. Patent No. 8,729,094, the patent at issue in this matter, including the right to control this litigation, and all claims, rights and liabilities associated therewith; and

**WHEREAS,** Plaintiff Roche therefore seeks to be dismissed as a party from this litigation; and

**WHEREAS,** Helsinn and Teva consent to Roche's dismissal subject to the conditions set forth below;

**NOW THEREFORE,** the Parties agree and stipulate to the following:

1. Helsinn shall be entitled to continue its claims against Teva;
2. Helsinn shall be entitled to continue Roche's claims against Teva;
3. The dismissal without prejudice of Teva's counterclaims against Roche;
4. Teva shall be entitled to continue its counterclaims against Helsinn; and

5.      The case caption for this action shall be amended to remove Roche, and the new caption shall be as follows:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A.,<br><br>                Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., *et al.*,<br><br>                Defendants. | Civil Action No. 14-4274 (MLC)(DEA)<br>Civil Action No. 14-6341 (MLC)(DEA)<br>(consolidated) |

**IT IS SO STIPULATED AND AGREED:**

Respectfully submitted,                              Dated:  July 26, 2016

By:  s/ Charles M. Lizza                    By:  s/ Michael E. Patunas
       Charles M. Lizza                             Michael E. Patunas
       William C. Baton                          Patunas Law LLC
       SAUL EWING LLP                       24 Commerce Street, Suite 606
       One Riverfront Plaza, Suite 1520      Newark, NJ 07102
       Newark, NJ 07102-5426              (973) 396-8740
       (973) 286-6700                                mpatunas@patunaslaw.com
       clizza@saul.com
       wbaton@saul.com                          *Attorneys for Defendants*
                                                      *Teva Pharmaceuticals USA, Inc. and*
       *Attorneys for Plaintiffs*                   *Teva Pharmacuetical Industries Ltd.*
       *Helsinn Healthcare S.A. and*
       *Roche Palo Alto LLC*                       *Of Counsel:*

       *Of Counsel*:                                 George C. Lombardi
                                                      Julia M. Johnson
       Joseph M. O'Malley, Jr.                  Brendan F. Barker
       Eric W. Dittmann                          Karl A. Leonard
       Isaac S. Ashkenazi                      Winston & Strawn LLP
       Young J. Park                              35 West Wacker Drive

Gary Ji
Angela C. Ni
Dana Weir
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
josephomalley@paulhastings.com
ericdittmann@paulhastings.com
isaacashkenazi@paulhastings.com
youngpark@paulhastings.com
garyji@paulhastings.com
angelani@paulhastings.com
danaweir@paulhastings.com

Chicago, IL 60601
(312) 558-5600
glombardi@winston.com
JMjohnson@winston.com
bbarker@winston.com
kaleonard@winston.com

Jovial Wong
Winston & Strawn LLP
1700 K Street
Washington, DC 20006
(202) 282-5000
jwong@winston.com

*Attorneys for Plaintiff*
*Helsinn Healthcare S.A.*

Mark E. Waddell
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
(212) 407-4127
mwaddell@loeb.com

*Attorneys for Plaintiff*
*Roche Palo Alto LLC*

**SO ORDERED,** this _____ day of _____, 2016

_____
HON. MARY L. COOPER, U.S.D.J.